Joseph R. Manning, Jr. (SBN 223381)
Craig G. Cote (SBN 132885)
Michael J. Manning (SBN 286879)
Tristan P. Jankowski (SBN 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
SUZANNE NAPIER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE NAPIER, an individual, <br><br> Plaintiff, <br> v. <br><br> BROWNIE LEE, an individual dba, The Flame Broiler; SHAPELL SOCAL RENTAL PROPERTIES, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants, | Case No.: 8:17-cv-01127-AG-JCG <br><br> Hon. Andrew J. Guilford <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** <br><br> Complaint Filed: June 30, 2017 <br> Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Suzanne Napier ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : October 23, 2017

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
 Joseph R. Manning, Jr.
 Attorney for Plaintiff
 SUZANNE NAPIER

## **CERTIFICATE OF SERVICE**

I certify that on October 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: October 23, 2017                **MANNING LAW, APC**

By:    */s/ Jospeh R. Manning, Jr., Esq.*
       Joseph R. Manning, Jr., Esq.
       Attorney for Plaintiff,
       SUZANNE NAPIER